1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  JANICE KNAPP,                          )  Case No.: 1:11-cv-00230 - JLT
                                           )
12                 Plaintiff,              )  ORDER AWARDING ATTORNEY'S FEES
                                           )  PURSUANT TO THE EQUAL ACCESS TO
13         v.                              )  JUSTICE ACT
                                           )
14  MICHAEL J. ASTRUE,                     )
    Commissioner of Social Security,       )
15                                         )
                                           )
16                 Defendant.              )
                                           )
17

18         On July 27, 2012, Plaintiff Janice Knapp and Defendant Michael J. Astrue, Commissioner of

19  Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the

20  Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 18).

21         Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**:

22  fees and costs in the amount of $4,500.00 is **AWARDED** to Plaintiff, Janice Knapp.

23

24  IT IS SO ORDERED.

25      Dated:   **July 27, 2012**                    /s/ Jennifer L. Thurston
26                                                 UNITED STATES MAGISTRATE JUDGE

27
28

                                                   1